IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CASSANDRA MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 12-0353-KD-N |
| | ) | |
| CITY OF MOBILE POLICE DEPARTMENT, | ) ) | |
| | ) | |
| Defendant. | ) | |

<u>ORDER</u>

Pursuant to the court's order (doc. 7), plaintiff filed an Amended Complaint (doc. 9) on July 17, 2012. However, her amended complaint did not include a completed summons to the defendant as provided in Rule 4 of the Federal Rules of Civil Procedure. Further, though her amend complaint contains a Title VII claim, she has not attached a copy of the "Right-To-Sue" letter from the EEOC; filing a claim with the EEOC and filing suit within the appropriate time following receipt of a right-to-sue letter from that agency are requirements of suit under Title VII. *See e.g.* <u>Wilkerson v. Grinnell Corp</u>., 270 F.3d 1314, 1317 (11th Cir. 2001).

Accordingly, it is hereby ORDERED that plaintiff shall, **no later than August 20, 2012,** submit to the clerk of this court a completed summons to be issued by the clerk and served on the defendant along with a copy of the amended complaint, and shall file a copy of the EEOC's right-to-sue letter concerning the claims raised herein. Failure to do so may result in a recommendation that this action be dismissed for failure to comply with the orders of this court. The Clerk is DIRECTED to send a copy of this order to the plaintiff by both regular and

certified mail.

DONE this the 31st day of July, 2012.

/s/  Katherine P. Nelson
UNITED STATES MAGISTRATE JUDGE