IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CASSANDRA MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 12-353-KD-N |
| | ) | |
| CITY OF MOBILE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff, proceeding *pro se*, brings this action claiming discrimination in the termination of her employment pursuant to Title VII. This matter is before the court on Plaintiff's Motion (doc. 18) which the court deems to be a Motion to File Amended Complaint, the plaintiff's proposed amended complaint [attached to the motion and also filed separately at doc. 19], and defendant's Motion for More Definite Statement (doc. 21). These motions have been referred to the undersigned pursuant to 28 U.S.C. §636 and Local Rule 72.2(c)(1).

Plaintiff filed her complaint on May 24, 2012, against the City of Mobile Police Department. Doc. 1. The court ordered plaintiff to amend her complaint, noting that the Police Department was not a proper party. Doc. 7. The First Amended Complaint (doc. 9) was filed on July 17, 2012.

Plaintiff's current Motion seeks leave to file a further amendment, adding a claim for retaliation based on a second EEOC charge. Plaintiff states that she has received a right-to-sue letter from the EEOC on this claim.

Defendant's Motion seeks an order requiring plaintiff to amend her complaint to more clearly state her allegations and claims.  *See* Fed.R.Civ.P. 12(e); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Ashcroft v. Iqbal, 556 U.S. 662, 683 (2009). Defendant addresses the plaintiff's proposed Second Amended Complaint, citing several specific deficiencies.

Because Title VII contains strict time limits on filing suit, the court finds it proper to allow the filing of plaintiff's Second Amended Complaint, despite the deficiencies in the proposed Amended Complaint, and to require the filing of a further amendment which will comply with the minimum requirements for clarity.  Accordingly, it is hereby ORDERED that plaintiff's Motion to File Amended Complaint is GRANTED, and defendant's Motion for More Definite Statement is GRANTED.  It is further ORDERED that, **no later than November 8, 2012**, plaintiff shall file a Third Amended Complaint setting out her factual allegations and legal claims in the detail required to allow defendants to Answer and defend against her claims, as required under the authority cited above.

DONE this the 12th day of October, 2012.

/s/  Katherine P. Nelson
UNITED STATES MAGISTRATE JUDGE