IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CASSANDRA MATTHEWS,          )<br>    Plaintiff,                            )<br>                                             )<br>v.                                          )<br>                                             )<br>CITY OF MOBILE, *et al.*,       )<br>    Defendants.                      ) | CIVIL ACTION NO. 12-353-KD-N |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated January 3, 2013, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Dismiss (one party to this action) (Docs. 38, 39) is **GRANTED** such that the claims against Defendant "The Mobile Police Department" asserted in Third Amended Complaint (Doc. 26) are **DISMISSED.**

Nothing herein shall be construed as dismissing Plaintiff's claims against the remaining defendants.

**DONE** and **ORDERED** this the **18th** day of **January 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**